No. 64242.—H. E. Ladwig v. United States, protests 59/14576, etc. (Great Falls).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of liquefied petroleum gas similar in all material respects to that the subject of *Arthur J. Humphreys* v. *United States* (43 Cust. Ct. 103, C.D. 2112), the claim of the plaintiff was sustained.

No. 64243.—Sister Mary Loretto v. United States, protest 58/24631 (New York).

Opinion by MOLLISON, J. In accordance with oral stipulation of counsel that the involved crucifixes are parts of shrines and that they were imported in good faith for the use of the Maryknoll Sisters, an order organized and operated exclusively for religious purposes, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 26, 1960

No. 64244.—L. Bamberger & Co. et al. v. United States, protests 757261–G, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 64245.—S. S. Pierce Company v. United States, protests 40722–K, 42705–K, and 79933–K (Boston).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.